# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

David Florio and Margaret Florio,

Plaintiff(s),

v.

AbbVie Inc and Abbott Laboratories Inc. ,

Defendant(s).

Case No.  14 C 4659
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered dismissing the case with prejudice in accordance with the 5/15/2015 order.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☒ tried by Judge Matthew F. Kennelly without a jury and the above decision was reached.
☐ decided by Judge      on a motion       .

Date:  5/15/2015

Thomas G. Bruton, Clerk of Court

Lakisha C. Williams, Deputy Clerk